UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-623-GCM

| | |
|---|---|
| REGINA BOSTON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PIONEER CREDIT RECOVERY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own motion. On January 6, 2016 an Order [doc. # 3] was entered denying the Plaintiff's Motion for Leave to Proceed *in forma pauperis*. The Order was mailed to the address provided by Plaintiff and was returned as undeliverable and unable to forward [doc. # 4]. Plaintiff has provided no further information or mailing address to the Court. The required filing fee has not been paid.

For failure to pay the required filing fee, IT IS THEREFORE ORDERED THAT the above captioned matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: August 10, 2016

Graham C. Mullen
United States District Judge